UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                     CASE NO. 12 B 40072
CHAPTER 13

ROGER P ERDMAN
ELIZABETH J ERDMAN                         JUDGE CAROL A DOYLE

         DEBTORS                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BMO HARRIS BANK

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 24 | XXXXXX4827 | $0.00 | $6,467.00 | $6,467.00 |
| Total Amount Paid by Trustee |  |  |  |  | $6,467.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-40072-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 13th day of December, 2017.

Debtor:
ROGER P ERDMAN
ELIZABETH J ERDMAN
111 SAMOSET LN
SCHAUMBURG, IL 60193

Attorney:
SWANSON & DESAI
2314 W NORTH AVE #C-1W
CHICAGO, IL 60647
via Clerk's ECF noticing procedures

Creditor:
BMO HARRIS BANK
1200 E WARRENVILLE RD #2700
NAPERVILLE, IL 60563-3529

Creditor:
BMO HARRIS BANK
1200 E WARRENVILLE RD #2700
NAPERVILLE, IL 60563-3529

Mortgage Creditor:
GMAC MORTGAGE
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60561-5009

Mortgage Creditor:
GMAC MORTGAGE
1100 VIRGINIA DR
FORT WASHINGTON, PA 19034

ELECTRONIC SERVICE - United States Trustee

Date: December 13, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603